UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

TAYLOR AUSTIN RYAN,

    Plaintiff,

v.                                      CASE NO. 5:17cv54-MCR-CJK

GREGG POYTHRES, et al.,

    Defendants.
_____/

# O R D E R

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated June 12, 2018. ECF No. 43. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.    The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. Defendants' motion to dismiss the amended complaint (doc. 35) is **GRANTED IN PART** and **DENIED IN PART**.

3. Plaintiff's Eighth Amendment claim against defendant Newman is **DISMISSED**.

4. This matter is referred to the assigned Magistrate Judge for further proceedings on plaintiff's Eighth Amendment claim against defendants Poythress and Alvarez.

**DONE AND ORDERED** this 29th day of August 2018.

s/ *M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**